IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK A. RANEY                                                                                           PLAINTIFF

v.                                          NO. 4:12CV00613 HDY

CAROLYN W. COLVIN, Acting Commissioner                                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this ___17___ day of October, 2013.


_____
UNITED STATES MAGISTRATE JUDGE